UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JOANNE M. SULLIVAN,<br><br>        Debtor. | Chapter 13<br>Case No. 16-12616 |

**ASSENTED-TO MOTION TO EXTEND DEADLINE
TO RESPOND TO DEBTOR'S OBJECTION TO
NOTICE OF PAYMENT CHANGE AND MOTION TO DETERMINE**

NOW COMES U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust as serviced by BSI Financial Services ("**U.S. Bank Trust**") and respectfully requests, with the assent of counsel for Joanne M. Sullivan (the "**Debtor**"), that this Court extend the deadline for U.S. Bank Trust to respond to the Objection to Notice of Payment Change and Motion to Determine (the "**Objection**") filed on July 31, 2019.  As reasons therefore, U.S. Bank Trust is currently reviewing the issues raised in the objection and shall be working, through undersigned counsel, with Debtor's counsel to try and resolve the dispute without the need for a hearing.

WHEREFORE, U.S. Bank Trust respectfully requests that this Court enter an order extending U.S. Bank Trust's deadline to respond to the Objection to Friday, September 6, 2019, reschedule the hearing to date convenient to the Court, and further relief as is just and proper.

*Signature Page to Follow*

Respectfully submitted,

U.S. BANK TRUST NATIONAL ASSOCIATION, AS
TRUSTEE OF THE TIKI SERIES III TRUST AS
SERVICED BY BSI FINANCIAL SERVICES,

By its attorneys,

/s/ *Michael E. Swain*

Michael E. Swain, Esq. (BBO#676513)
SASSOON & CYMROT, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
MSwain@SassoonCymrot.com

DATE: August 22, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JOANNE M. SULLIVAN,<br><br>      Debtor. | Chapter 13<br>Case No. 16-12616 |

## CERTIFICATE OF SERVICE

I, Michael E. Swain, Esq. of the law firm of Sassoon & Cymrot, LLP, hereby certify that I have this 22nd day of August 2019 served on behalf of U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust as serviced by BSI Financial Services, an <u>Assented-to Motion to Extend Deadline to Respond to Debtor's Objection to Notice of Payment Change and Motion to Determine</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system, and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service, per the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Joanne M. Sullivan<br>21 Brooksweld Road<br>Canton, MA 02021 (M) | Elaine M. Benkoski<br>East Brook Executive Park<br>30 Eastbrook Road, Suite 301<br>Dedham, MA 02026 (ECF) |
| John Fitzgerald<br>Office of US. Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | Carolyn Bankowski-13<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

*/s/ Michael E. Swain, Esq.*
Michael E. Swain, Esq.

3